**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and Vaughn–Bassett Furniture Company, Inc., Plaintiffs,**

v.

**UNITED STATES et al., Defendants.**

Slip Op. 10–19.
Court No. 10–00031.

United States Court of International Trade.

Feb. 17, 2010.

### *ORDER*

EVAN J. WALLACH, Judge.

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction, Plaintiffs' Mo-

*See* USCIT R. 76.

tion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief, and Defendants' Motion to Dismiss; the court having reviewed all papers and pleadings on file herein, having heard oral argument by each party, and, after due deliberation, having reached a decision set forth in Slip Op. 10–18; now, in conformity with said decision, it is hereby

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction is DENIED, and it is further

ORDERED that Plaintiffs' Motion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief is DENIED; and it is further

ORDERED, ADJUDGED, AND DECREED that pursuant to the analysis set forth in the court's decision in Slip Op. 10–18, Plaintiffs' Complaint fails, pursuant to USCIT R. 12(b)(5) to state a claim upon which relief can be granted, and that accordingly, Defendants' Motion to Dismiss be, and hereby is, GRANTED; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint be, and hereby is, DISMISSED.